**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Darrell Anthony Adell, Jr. v. The State of Texas

Appellate case number:    01-21-00439-CR

Trial court case number:   87429-CR

Trial court:                         149th District Court of Brazoria County

On June 20, 2022, appellant, Darrell Anthony Adell, Jr., filed a third motion for extension of time in which to file his appellate brief.  Appellant's motion is **granted**.  Appellant's brief is due July 20, 2022.  **No further extensions will be granted**.

If appellant's brief is not filed by July 20, 2022, the case will be abated and remanded to the trial court for a hearing to determine (a) whether appellant desires to prosecute his appeal; (b) whether appellant's counsel has abandoned the appeal; (c) the reason for the failure to file a brief; and (d) if the appellant desires to continue the appeal, a date certain when appellant's brief will be filed.  TEX. R. APP. P. 38.8(b).

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                      Acting individually


Date:  June 23, 2022